IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Paz Sela,

Plaintiff,

vs.

Dylan Colby, an individual, Sutro & Co., Inc., a Nevada Corporation, and e-MedSoft.com, a Nevada Corporation,

Defendants.

Case No. 0:00 CV 2005 ADM/AJB

**STIPULATION AND ORDER FOR DISMISSAL**

---

Plaintiff Paz Sela and Defendant Sutro & Co., Inc., having settled their claims in the above-captioned litigation pursuant to a signed Settlement Agreement and Release, through their undersigned counsel of record, hereby stipulate and agree that all claims asserted in this action are hereby dismissed with prejudice, each party to bear its own costs and fees.

Date: 9/11/00

BEST & FLANAGAN LLP

By: ____________________
Robert D. Maher (#220863)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
(612) 339-7121

ATTORNEYS FOR PLAINTIFF

Date: 9/8/00

SUTRO & CO., INC.

By: ____________________
Abe Lampart
201 California Street
San Francisco, CA 94111
(415) 445-8545

ATTORNEY FOR DEFENDANT SUTRO & CO., INC.

FILED 9-14-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD 9-14-00
DEPUTY CLERK ________

**ORDER**

So ordered. Let judgment be entered accordingly.

BY THE COURT:

Dated: September 13, 2000

Ann D. Montgomery
Judge of United States District Court

12836\200068\121457